IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KRISTEN KOPP, | CV 21–41–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| THERON and DARLENE NELSON; GREENER MONTANA PROPERTY MANAGEMENT, LLC d/b/a GREENER MONTANA PROPERTIES; MCLAREN HVAC, INC; and ELEMENTS HVAC, INC. | |
| Defendants. | |
| THERON and DARLENE NELSON, | |
| Cross-Claimants, | |
| vs. | |
| GREENER MONTANA PROPERTY MANAGEMENT, LLC; MCLAREN HVAC, INC.; and ELEMENTS HVAC, INC., | |
| Cross-Defendants. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

1

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 16th day of June, 2022.

_____
Donald W. Molloy, District Judge
United States District Court